**Jimmy CLEMENTS, Plaintiff–Appellant,**

**v.**

**CSX TRANSPORTATION, INC., Defendant–Appellee.**

**No. 12–14587.**

United States Court of Appeals, Eleventh Circuit.

May 29, 2013.

Patrick Hannon, Peter Lampros, Cook Hall & Lampros, LLP, Atlanta, GA, David R. Jones, Law Offices of David R. Jones, Edwardsville, IL, for Plaintiff–Appellant.

James E. Gilson, Robert Sean McEvoy, Casey Gilson, PC, Atlanta, GA, Brian David Netter, Evan Mark Tager, Mayer Brown, LLP, Washington, DC, for Defendant–Appellee.

Before BARKETT and MARCUS, Circuit Judges, and CONWAY,[*] District Judge.

---

**2.** Respondent's motion to dismiss for lack of jurisdiction is **DENIED.**

**PER CURIAM:**

Jimmy Clements appeals from the denial of his motion for a new trial pursuant to Federal Rule of Civil Procedure 59(a) and alternatively for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a) following a jury verdict and final judgment for defendant, CSX Transportation, Inc. on Clements' negligence action brought under the Federal Employer's Liability Act, 45 U.S.C. § 51, *et seq.* The jury verdict in this case forecloses each claim raised on appeal by Mr. Clements. Accordingly, the district court judgment is

**AFFIRMED.**